1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO

| | |
|---|---|
| MERRELL CEDRIC HEMPSTEAD, | ) CASE NO. 3:23-cv-00964-JO-BLM |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING ) JOINT MOTION FOR VOLUNTARY ) REMAND |
| vs. | ) |
| KILOLO KIJAKAZI Acting Commissioner of Social Security, | ) [Dkt. No. 9] ) ) |
| Defendant. | ) ) |

Before the Court is a Joint Motion for Voluntary Remand, wherein the

parties move the Court for an order reversing the final decision of the

Commissioner and remanding the case to the Commissioner pursuant to section

205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

*See* Dkt. No. 9. The parties also request entry of a final judgment in Plaintiff's

favor. *Id.*

Order                                    CASE NO. 3:23-cv-00964-JO-BLM

1        Accordingly, the Court **GRANTS** the Joint Motion and hereby further

2    **ORDERS** that the final decision of the Commissioner is reversed. The case is

3
4    remanded to the Commissioner. On remand, the Commissioner will instruct the

5    Administrative Law Judge (ALJ) to offer Plaintiff the opportunity for a *de novo*

6
7    hearing, re-evaluate the evidence of record, and issue a new decision.  The Clerk of

8    the Court is directed to enter final judgment in favor of Plaintiff and against

9    Defendant and terminate the case.

10

11   **IT IS SO ORDERED.**

12

13

14   DATED this____20____ day of ____July____, 2023.

15

16

17

18                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Order                                   CASE NO. 3:23-cv-00964-JO-BLM